FILED
11-02-2022
Clerk of Circuit Court
Outagamie County
2022CV000777

| STATE OF WISCONSIN | CIRCUIT COURT | OUTAGAMIE COUNTY |

MARGRIT MEIER d/b/a HARTLAND INN,
    Plaintiff,

v.

WADENA INSURANCE CO. and
WILLIAM MARSKE,
    Defendants.

Case No.: 22-CV-777

Case Code: 30303

### DEFENDANT WILLIAM MARSKE'S
### NOTICE OF MOTION AND MOTION TO DISMISS

#### NOTICE OF MOTION

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Defendant William Marske, by his attorneys, Litchfield Cavo LLP, will bring his Motion to Dismiss before Branch 7 of the Circuit Court of Outagamie County, the Honorable Mark G. Schroeder presiding, located at the Outagmie County Circuit Court, 320 S. Walnut St., Appleton, WI 54911.

#### MOTION TO DISMISS

Defendant William Marske, by his attorneys, Litchfield Cavo LLP, pursuant to Wis. Stat. § 802.06(2), hereby moves the Court for an order dismissing Plaintiff's Complaint against him, with prejudice and upon the merits, for failure to state a claim upon which relief can be granted. In support of his motion, Defendant adopts and incorporates by reference his Brief in Support of Motion to Dismiss filed contemporaneously herewith. The Motion to Dismiss is also based on all the facts and filings in the record of this Lawsuit.

WHEREFORE, Defendant William Marske respectfully requests the Court grant his Motion to Dismiss and issue an order dismissing Plaintiff's Complaint against him with prejudice and on the merits.

Dated this 2nd day of November 2022.

                                LITCHFIELD CAVO LLP
                                Attorneys for Defendant William Marske

By:   Electronically signed by John L. Pollock
       John L. Pollock
       Wis. State Bar No. 1056541
       250 E. Wisconsin Ave., Suite 800
       Milwaukee, WI 53202
       (414) 488-1844
       (414) 875-3331 (fax)
       pollock@litchfieldcavo.com