FILED
02-01-2023
Clerk of Circuit Court
Outagamie County
2022CV000777

|  |  |  |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | OUTAGAMIE COUNTY |

MARGRIT MEIER d/b/a HARTLAND INN,
    Plaintiff,

v.

WADENA INSURANCE CO., et al.,
    Defendants.

Case No.: 22-CV-777

Case Code: 30303

### ORDER GRANTING DEFENDANT WILLIAM MARSKE'S MOTION TO DISMISS

On February 1, 2023 at 10:00 a.m., this Court brought on for hearing Defendant William Marske's ("Marske") Motion to Dismiss. Appearing at the hearing were Attorney Ryan R. Graff for Plaintiff Margrit Meier d/b/a Hartland Inn; Attorney John L. Pollock for Marske; and Attorney Matthew D. Nevaranta for Defendant Wadena Insurance Co.

**NOW, THEREFORE,** based on the papers submitted in support of and in response to Marske's Motion to Dismiss, arguments of counsel, and for the reasons stated on the record:

**THE COURT HEREBY ORDERS:**

    1.    Marske's Motion to Dismiss is granted.

    2.    Plaintiff's claims against Defendant William Marske only are dismissed with prejudice for failure to state a claim upon which relief can be granted.

    3.    Plaintiff's action will continue against Defendant Wadena Insurance Co.

For purposes of Wis. Stat. § 808.03(1), this is a final order for purposes of appeal.